FILED
CLERK, U.S. DISTRICT COURT
OCT 31 2017
CENTRAL DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

Jeff Harkavy
310-817-3524

13-cv-2620 PSG-PJW

Mr. Brown ENTREATS that you PLEASE call him today to then conference in the office of Dr. William P. Mann, MD at 619-287-4813 with the Cardiology Medical Group in San Diego to receive access to his medical report from 6 months ago. He was scored at 85% on his tests which included a cardio stress test and echo test. He will give you consent to talk to his cardiologist and/or have access to this report so you can hear directly what he has to say.

If the issue is Mr. Brown is medically listed as "high risk" in Centinela's medical system, he was listed as such also a year ago September and in previous years as well. But it is only now, one week before his hearing that Centinela asserts it is a priority he is immediately moved.

Mr. Brown rightfully asks, why was he not moved anytime since January 2012 when he first arrived at Centinela State Prison when his medical health was the same if not worse? And if he is such a high risk, why was he not moved out last year, or anytime since? Nothing has changed in his health. And these are things to consider. Also, he has not once been hospitalized since he arrived at Centinela State Prison in January of 2012. And if there is an assertion that his condition is now worse, then they should need to produce evidence and a medical reason for this. All he has is an old scar from 2000 and a heart attack nearly 20 years ago.

Mr. Brown respectfully asks that the Honorable Judge Patrick Walsh or the Honorable Victor Bianchini contact Dr. Mann's office (in a three-way conference call with Mr. Brown) and then either sign an order temporarily preventing his move until after the November 8th hearing, or sign an order for him to go to Donovan in San Diego where the matter can be even more easily resolved for all parties.

Apart from the medical component of this transfer, and with respect to Centinela State Prison asserting Mr. Brown was at the September 18, 2017 hearing at which moving him was first put forward, Mr. Brown has evidence – a document from Centinela's own computer system – stating that he was not at this meeting. In addition, D block, where Mr. Brown is housed, was under a 30-day lockdown from August 21st to September 21st 2017 which covers the period of this meeting. Just as Mr. Brown has now proven that during his criminal trial he never received a court pass and had thus been wrongfully denied his Faretta rights and additionally DNA had been forcibly taken from him without a court order and after discovery was closed, he has similar proof here. Evidence and documentation just as strong showing that he was not at a meeting that Centinela now states he was at, as well as being moved under a medical pretext for a condition that has not changed in the last year and beyond for which Dr. Mann's report will corroborate.

Thank you for your time, and PLEASE REACH OUT TO MR. BROWN BY PHONE IN THE A.M. TODAY, October 31, 2017. This MATTER IS URGENT. A man's expeditious freedom hangs in the balance. A man who in the past has risked his life to take on and bring down unspeakable corruption and abuse of power inside our nation's largest sheriff's department, and additionally had his rights violated by the LAPD and LASD during his criminal trial, deserves a thorough examination and reconsideration of this curiously timed transfer that seriously and deleteriously effects his case.

Please do not hesitate to contact me today at 310.817.3524, but most importantly, and respectfully, please contact Anthony Brown today.