1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>VERONICA CONRADO, et al.,<br><br>Defendants. | **CASE NO.: CV13-02620 PSG (PJW)**<br>*Hon. Philip S. Gutierrez – Ctrm. 880 (Roybal)*<br>*Hon. Mag. Patrick J. Walsh – Ctrm. 23, 3rd Flr.*<br><br>**[PROPOSED] ORDER RE TAKING PLAINTIFF'S DEPOSITION AT MULE CREEK STATE PRISON** |

Upon the parties' stipulation, and good cause having been shown, the Court hereby orders that the parties' counsel be permitted to take the deposition of Plaintiff Anthony Brown, Sr. at Mule Creek State Prison.

**IT IS SO ORDERED.**

DATED: _____          _____
                                                               Hon. Patrick J. Walsh
                                                               U.S. Magistrate Judge