**MICHAEL N. FEUER**, City Attorney - SBN 111529
**JAMES P. CLARK**, Chief Deputy City Attorney - SBN 64780
**CORY M. BRENTE**, Senior Assistant City Attorney – SBN 115453
**MATTHEW W. McALEER**, Deputy City Attorney – SBN 278595
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7043
Fax No.:    (213) 978-8785
Email: Matthew.McAleer@lacity.org

*Attorneys for Defendants*, **VERONICA CONRADO** and **JUAN GUERRA**

**HOGAN LOVELLS US LLP**
Paul B. Salvaty (Bar No. 171507)
paul.salvaty@hoganlovells.com
Laura M. Groen (Bar No. 294719)
laura.groen@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

*Attorneys for Plaintiff*, **ANTHONY BROWN, SR.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>VERONICA CONRADO, et al.,<br><br>Defendants. | **CASE NO.: CV13-02620 PSG (PJW)**<br>*Hon. Philip S. Gutierrez – Ctrm. 880 (Roybal)*<br>*Hon. Mag. Patrick J. Walsh – Ctrm. 23, 3rd Flr.*<br><br>**AMENDED JOINT STIPULATION FOR AN ORDER TO TAKE PLAINTIFF'S DEPOSITION AT MULE CREEK STATE PRISON** |

Pursuant to L.R. 7-1, the undersigned parties, through their respective counsel, agree and stipulate as follows, and respectfully request that the Court issue an order for the taking of Plaintiff's deposition at Mule Creek State Prison:

WHEREAS, Plaintiff Anthony Brown, Sr. is currently an inmate at California's Mule Creek State Prison;

WHEREAS, pursuant to Federal Rules of Civil Procedure, Rule 30(a)(2)(B), when a party must seek leave of court to take a deposition because the deponent is confined in prison, the court must grant leave to the extent it is consistent with Rule 26(b)(2);

WHEREAS, the parties' counsel had conferred with one another and with a representative of Mule Creek State Prison to schedule a mutually-agreed-upon date of July 16, 2019 for Plaintiff's deposition;

WHEREAS, a representative of Mule Creek State Prison informed Defendants' counsel on June 25, 2019 that July 16, 2019 was no longer available for Plaintiff's deposition, and the parties selected the mutually-agreed-upon date of July 19, 2019 for Plaintiff's deposition instead;

WHEREAS, Mule Creek State Prison requires an order from this Court to permit the taking of Plaintiff's deposition;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NOW, THEREFORE, for the foregoing reasons and good cause shown above, the parties stipulate and agree that the Court issue an order for the taking of Plaintiff's deposition at Mule Creek State Prison.

*IT IS SO STIPULATED.*

DATED: June 25, 2019  **MICHAEL N. FEUER**, City Attorney
**JAMES P. CLARK**, Chief Deputy City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: ___/s/___
**MATTHEW W. McALEER**, Deputy City Attorney
*Attorneys for Defendants*, **VERONICA CONRADO** and **JUAN GUERRA**

DATED: June 25, 2019  **HOGAN LOVELLS US LLP**

By: ___/s/___
**LAURA M. GROEN**. Esq.
*Attorneys for Plaintiff*, **ANTHONY BROWN, SR.**