1  HOGAN LOVELLS US LLP
   Paul B. Salvaty (Bar No. 171507)
2  Laura M. Groen (Bar No. 294719)
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, California  90067
   Telephone:   (310) 785-4600
4  Facsimile:    (310) 785-4601
   paul.salvaty@hoganlovells.com
5  laura.groen@hoganlovells.com

6  Attorneys for Plaintiff
   ANTHONY BROWN, SR.
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  ANTHONY BROWN, SR.,              Case No. 2:13-CV-02620-PSG-PJW

12              Plaintiff,            **JOINT STIPULATION TO EXTEND CERTAIN DEADLINES, INCLUDING DISCOVERY DEADLINE AND SETTLEMENT CONFERENCE**

13       v.

14  VERONICA CONRADO, ET AL.,

15              Defendant.

16                                    Judge:       The Hon. Patrick J. Walsh
                                      Courtroom:   790
17
                                      Action Filed: May 10, 2013
18                                    Trial Date:   None Set

19

20

21

22

23

24

25

26

27

28

Plaintiff Anthony Brown, Sr. ("Plaintiff") and Defendants Veronica Conrado and Juan Guerra ("Defendants") (collectively, the "Parties") by and through their respective undersigned counsel, hereby submit the following joint stipulation:

**WHEREAS**, on May 15, 2019, the Court held a telephonic status conference with the Parties and granted Plaintiff's request to take depositions and to conduct written discovery within 75 days;

**WHEREAS**, on June 10, 2019, Plaintiff served Notices of Deposition on Defendants with attached Requests for Documents ("Deposition Requests for Documents");

**WHEREAS**, Defendants served objections to the Deposition Requests for Documents but produced no documents in response;

**WHEREAS**, Defendants, in each of their depositions on July 15, 2019, admitted that they did not review the Deposition Requests for Documents or search for any documents;

**WHEREAS**, Plaintiff served one additional document request on Defendant Conrado on July 24, 2019 pertaining to documents discussed in Defendant Conrado's deposition;

**WHEREAS,** Plaintiff's counsel requested that Defendants' counsel stipulate to a request for an extension on the July 29, 2019 discovery deadline in order to resolve outstanding discovery issues and allow for the scheduling of the remaining depositions if needed;

**WHEREAS,** counsel for the Parties met and conferred by email regarding Defendants' discovery responses and the requested stipulation for an extension on discovery;

**WHEREAS,** the Parties came to an agreement to extend certain deadlines on discovery, and in conjunction therewith, agreed to request an extension from the Court on the dates of the settlement briefing and conference;

**NOW, THEREFORE**, the Parties, by and through their counsel of record and subject to the approval of this Court, hereby stipulate as follows:

- Defendants agree to provide amended responses to Plaintiff's Deposition Requests for Documents Nos. 1-6 (to Conrado) and Nos. 1-4 (to Guerra) on or before August 8, 2019.
- Defendant Conrado agrees to respond to the Plaintiff's Request for Documents (Set Two) on or before August 26, 2019.
- The new deadline for the taking of the remaining depositions shall be August 26, 2019.
- Plaintiff's counsel shall send a settlement offer to Defendants' counsel by September 23, 2019.
- Defendants' counsel shall respond to the offer by September 30, 2019.
- A settlement conference will take place on October 9, 2019 (or any other date thereafter as may be set by the Court).

Dated: July 26, 2019     HOGAN LOVELLS US LLP

By: /s/ Laura M. Groen
Laura M. Groen
Paul B. Salvaty
Attorneys for Plaintiff
ANTHONY BROWN, SR.

Dated: July 26, 2019     MICHAEL N. FEUER, City Attorney
JAMES P. CLARK, Chief Deputy City Attorney
CORY M. BRENTE, Senior Assistant City Attorney

By: /s/ Matthew W. McAleer
Matthew W. McAleer, Deputy City Attorney
Attorneys for Defendants
VERONICA CONRADO and JUAN GUERRA