1

**MICHAEL N. FEUER**, City Attorney - SBN 111529
**JAMES P. CLARK**, Chief Deputy City Attorney - SBN 64780

2

**CORY M. BRENTE**, Senior Assistant City Attorney – SBN 115453

3

**MATTHEW W. McALEER**, Deputy City Attorney – SBN 278595

4

200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012

5

Phone No.: (213) 978-7043

6

Fax No.:     (213) 978-8785
Email: Matthew.McAleer@lacity.org

7

8

*Attorneys for Defendants*, **VERONICA CONRADO** and **JUAN GUERRA**

9

**HOGAN LOVELLS US LLP**

10

Paul B. Salvaty (Bar No. 171507)
paul.salvaty@hoganlovells.com

11

Laura M. Groen (Bar No. 294719)

12

laura.groen@hoganlovells.com
1999 Avenue of the Stars, Suite 1400

13

Los Angeles, CA 90067

14

15

*Attorneys for Plaintiff*, **ANTHONY BROWN, SR.**

16

17

**UNITED STATES DISTRICT COURT**

18

**CENTRAL DISTRICT OF CALIFORNIA**

19

20

ANTHONY BROWN, SR.,

21

                    Plaintiff,

22

        vs.

23

VERONICA CONRADO, et al.,

24

                    Defendants.

25

26

27

28

**CASE NO.: CV13-02620 PSG (PJW)**
*Hon. Philip S. Gutierrez – Ctrm. 880 (Roybal)*
*Hon. Mag. Patrick J. Walsh – Ctrm. 23, 3rd Flr.*

**JOINT STIPULATION FOR AN ORDER TO CONTINUE SETTLEMENT CONFERENCE TO OCTOBER 28, 2019**

Plaintiff Anthony Brown, Sr. ("Plaintiff") and Defendants Veronica Conrado and Juan Guerra ("Defendants") (collectively, the "Parties") by and through their respective undersigned counsel, hereby submit the following joint stipulation:

WHEREAS, this matter has been referred to Magistrate Judge Patrick J. Walsh for a settlement conference scheduled to be held on October 7, 2019 at 1:30 p.m. at 255 East Temple Street, Courtroom 790 (7th Floor), Los Angeles, CA;

WHEREAS, Plaintiff is to send a settlement offer by September 23, 2019 and Defendants are to respond to the settlement offer by September 30, 2019;

WHEREAS, in the matter of *Marco Milla v. City of Los Angeles, et al.,* in which Defendants' counsel, Matthew W. McAleer, is representing the defendants, Judge Stephen V. Wilson, granted the parties' stipulation to continue the trial date from October 1, 2019 to October 22, 2019 and subsequently postponed the September 23, 2019 Pretrial Conference to October 7, 2019 at 1:30 p.m.;

WHEREAS, counsel for the Plaintiff herein, Laura M. Groen, has a trial set for October 15, 2019, which she anticipates will be concluded by October 28, 2019;

WHEREAS, the parties' counsel conferred with one another and with the Court's clerk to reschedule the settlement conference to the mutually-agreed-upon date of October 28, 2019 because of Defendants' counsel's scheduling conflict on October 7, 2019,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NOW, THEREFORE, the Parties, by and through their counsel of record and subject to the approval of this Court, hereby stipulate as follows:

- The settlement conference will be postponed to October 28, 2019 at 1:30 p.m. (or a date thereafter as may be set by the Court).

- Plaintiff's counsel shall send a settlement offer to Defendants' counsel by October 14, 2019.

- Defendants' counsel shall respond to Plaintiff's settlement offer by October 21, 2019.

*IT IS SO STIPULATED.*

DATED: September 11, 2019      **MICHAEL N. FEUER**, City Attorney
**JAMES P. CLARK**, Chief Deputy City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: _____/s/ *Matthew W. McAleer*_____
**MATTHEW W. McALEER**, Deputy City Attorney
*Attorneys for Defendants*, **VERONICA CONRADO** and **JUAN GUERRA**


DATED: September 11, 2019      **HOGAN LOVELLS US LLP**

By: _____/s/ *Laura M. Groen*_____
**LAURA M. GROEN**, Esq.
**PAUL B. SALVATY**, Esq.
*Attorneys for Plaintiff*, **ANTHONY BROWN, SR.**