# EXHIBIT A

# Chester, Mae F.

| | |
|---|---|
| **From:** | Zysman, Samantha@CDCR <Samantha.Zysman@cdcr.ca.gov> |
| **Sent:** | Thursday, August 01, 2019 12:26 PM |
| **To:** | Groen, Laura M. |
| **Subject:** | RE: Brown, Anthony (V79273) - Attorney Call |

Yes, I think I can make something work. I will let you know very soon – waiting to hear back from the supervisor on the yard.

No, the request will always come thru our office, unless he can make collect calls from his housing unit – but typically most attorney's don't allow it.

- Sam

**From:** Groen, Laura M. [mailto:laura.groen@hoganlovells.com]
**Sent:** Thursday, August 01, 2019 12:13 PM
**To:** Zysman, Samantha@CDCR
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

I cannot, I will be in a completely different time zone.  Is there any way to still make this happen today?  Otherwise it will have to be next Tuesday, but I'm getting concerned because I've been trying to speak with Mr. Brown since the 23rd and I know he is eager to reach me.  If you have any guidance on how I can set up these calls more efficiently, so I can reach him quickly, please let me know.

**From:** Zysman, Samantha@CDCR [mailto:Samantha.Zysman@cdcr.ca.gov]
**Sent:** Thursday, August 01, 2019 12:08 PM
**To:** Groen, Laura M.
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

Hi, Laura –

I'm so sorry, I totally overlooked that last email. Can you do one tomorrow? I'll make anytime between 8:00 AM – 1:30 PM work. I sincerely apologize!

- Sam

**From:** Groen, Laura M. [mailto:laura.groen@hoganlovells.com]
**Sent:** Thursday, August 01, 2019 12:04 PM
**To:** Zysman, Samantha@CDCR
**Subject:** Re: Brown, Anthony (V79273) - Attorney Call

Just checking to make sure this call is still on.


On Jul 26, 2019, at 2:33 PM, Groen, Laura M. <laura.groen@hoganlovells.com> wrote:

> Thursday at noon would be great.  Thank you.
>
> **From:** Zysman, Samantha@CDCR [mailto:Samantha.Zysman@cdcr.ca.gov]
> **Sent:** Friday, July 26, 2019 2:24 PM

**To:** Groen, Laura M.
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

Hello,

I have next Wednesday – Friday available. Is there a day or time that will work best?

Kindly,

<image001.png>

**CONFIDENTIALITY NOTICE**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Groen, Laura M. [mailto:laura.groen@hoganlovells.com]
**Sent:** Tuesday, July 23, 2019 10:33 AM
**To:** Zysman, Samantha@CDCR
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

Sam,

May I please set up another call with Mr. Brown at your earliest convenience?

Thank you,
Laura Groen

---

**From:** Zysman, Samantha@CDCR [mailto:Samantha.Zysman@cdcr.ca.gov]
**Sent:** Wednesday, July 17, 2019 11:10 AM
**To:** Groen, Laura M.
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

Yes, I have you on schedule tomorrow at 11:00 AM.

- Sam

---

**From:** Groen, Laura M. [mailto:laura.groen@hoganlovells.com]
**Sent:** Wednesday, July 17, 2019 10:43 AM
**To:** Zysman, Samantha@CDCR
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

Hi Samantha,

Will you please confirm that I can meet with Anthony tomorrow from 11:00-1:30.  My flight gets in at 8:30 so I am hopeful I can get there by 11:00, 11:30 at the latest.

Thank you,
Laura Groen

**From:** Zysman, Samantha@CDCR [mailto:Samantha.Zysman@cdcr.ca.gov]
**Sent:** Monday, July 08, 2019 8:16 AM
**To:** Groen, Laura M.
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

Hello,

I have availability on Wednesday, between 8:00 AM – 9:00 AM, or 12:00 PM – 1:30 PM. I also have all day on Thursday open, and Friday from 10:00 AM – 11:30 AM, and 12:30 PM – 1:30 PM available.

As for the deposition on Friday, July 19th – at this time, I did not have you down to appear. However, I have been in contact with Noe Tiscareno, regarding persons appearing – I am just waiting on the list and all the information needed, so I will ensure that you are a part of that list.

As for a visit the day before, I do have Thursday open from 10:30 AM – 1:30 PM. Is there a time in there that might work for you?

Best,

<image001.png>

**CONFIDENTIALITY NOTICE**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Groen, Laura M. [mailto:laura.groen@hoganlovells.com]
**Sent:** Saturday, July 06, 2019 3:35 PM
**To:** Zysman, Samantha@CDCR
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

Hi Samantha,

I'm wondering if I can schedule another attorney call with Anthony Brown this week. Is there availability on Wednesday?

Also, Mr. Brown has his deposition scheduled for Friday, the 19th, and I want to make sure I'm on the list to attend his deposition that day. I inquired about whether I needed to provide any additional information and was told that I'm all set due to my prior visit.

I'd like to meet with Mr. Brown the day before, Thursday the 18th, to prepare. Is there availability for that visit? I will be flying in that morning and likely would not be there until noon so I'm hoping to meet with him in the afternoon. Please let me know if this is possible.

Thank you very much,
Laura Groen
Attorney for Anthony Brown Sr. (V79273)

**From:** Zysman, Samantha@CDCR [mailto:Samantha.Zysman@cdcr.ca.gov]
**Sent:** Monday, June 03, 2019 7:29 AM
**To:** Groen, Laura M.
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

Yes, we can put you on schedule for tomorrow, June 4th at 10:00 AM. Is the direct number listed at the bottom a good number to reach you at?

<image001.png>

**CONFIDENTIALITY NOTICE**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Groen, Laura M. [mailto:laura.groen@hoganlovells.com]
**Sent:** Friday, May 31, 2019 2:47 PM
**To:** Zysman, Samantha@CDCR
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

Could I do Tuesday (June 4) at 10:00 am?

**From:** Zysman, Samantha@CDCR [mailto:Samantha.Zysman@cdcr.ca.gov]
**Sent:** Friday, May 31, 2019 12:20 PM
**To:** Groen, Laura M.
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

Hello,

For the most part, we have almost all of next week available. Is there a date and time that will work best? Phone calls are allowed Monday – Friday between 8:00 AM – 1:30 PM. Also, please be advised that we limit phone calls to 30 minutes.

As for the deposition – yes, the documentation we have on file will be fine. Your clearance is good for 1 year from the date your clearance was approved.

Kindly,

<image001.png>

**CONFIDENTIALITY NOTICE**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Groen, Laura M. [mailto:laura.groen@hoganlovells.com]
**Sent:** Friday, May 31, 2019 11:28 AM
**To:** Zysman, Samantha@CDCR; Mason, Anastasia@CDCR
**Subject:** Brown, Anthony (V79273) - Attorney Call

Hi Samantha and Anastasia,

I'm an attorney for inmate Anthony Brown. I'm wondering how I can arrange for a telephone call with Mr. Brown at your earliest convenience.

I have also tried to mail a letter express mail to Mr. Brown but it is taking over a week to get to the prison. Is there a faster way to email attorney communications than through the PO box number?

Finally, the LA City Attorney's Office is working with your office to schedule a deposition for Mr. Brown for July 16th. Can you use my same background check that I completed prior to my visit with Mr. Brown about a month ago to clear me for the deposition or do I need to fill out the paperwork again?

Thank you,
Laura Groen


**Laura Groen**
Senior Associate

**Hogan Lovells US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067

| | |
|---|---|
| Tel: | +1 310 785 4600 |
| Direct: | +1 310 785 4758 |
| Fax: | +1 310 785 4601 |
| Email: | laura.groen@hoganlovells.com |
| | www.hoganlovells.com |

*Please consider the environment before printing this e-mail.*

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.