# EXHIBIT B

# Chester, Mae F.

| | |
|---|---|
| **From:** | Santos, Dawn@CDCR <Dawn.Santos@cdcr.ca.gov> |
| **Sent:** | Tuesday, October 01, 2019 8:25 AM |
| **To:** | Groen, Laura M. |
| **Cc:** | Rock, Donna@CDCR |
| **Subject:** | RE: Brown, Anthony (V79273) - Attorney Call |

Good Morning Laura,

Friday at 11:00 will not work due to previous scheduled in the visits rooms. After speaking to Management in regards to confidential phone calls the Litigation office has been given the direction to only approve on a case by case bases. Unfortunately, confidential legal calls are critically burdensome to institutional operations, and also create potential risks to the overall safety and security of the institution.  I know we have previously approved your confidential calls and will continue to work with your schedule to try and accommodate if you are unable to communicate by confidential legal visits, confidential legal mail, and collect telephone calls to the attorney (made from the inmate pay phone).  However please be aware that confidential calls are not being approved on most cases in moving forward.

I apologize for the inconvenience this may cause; however, please let us know if you would like to schedule a legal visit or are involved in a time sensitive matter.

Thank you for your understanding.

Kindly,


**Dawn Santos**
**CCII Specialist**
**Litigation Coordinator**
**Mule Creek State Prison**
**P. O. Box 409099 - Ione, CA 95640**
**(209) 274-5247**
**(209) 274-5018(fax)**
**dawn.santos@cdcr.ca.gov**

---

**From:** Groen, Laura M. [mailto:laura.groen@hoganlovells.com]
**Sent:** Monday, September 30, 2019 3:58 PM
**To:** Santos, Dawn@CDCR
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

Hi Dawn,

May I please set up another call with Anthony Brown for this Friday at 11am?  If a message could get to Anthony letting him know I have scheduled this call, that would be appreciated.

Thank you,

1

Laura Groen

---

**From:** Santos, Dawn@CDCR [mailto:Dawn.Santos@cdcr.ca.gov]
**Sent:** Wednesday, September 18, 2019 10:47 AM
**To:** Groen, Laura M.
**Cc:** Rock, Donna@CDCR
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

I called the housing unit and asked for them to pass on the message…

---

**From:** Groen, Laura M. [mailto:laura.groen@hoganlovells.com]
**Sent:** Wednesday, September 18, 2019 10:12 AM
**To:** Santos, Dawn@CDCR
**Cc:** Rock, Donna@CDCR
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

Hi Dawn,

Is there any way to get Anthony on a call with me briefly today? I believe he is trying to reach me and I'm concerned he will be worried about waiting until Friday. Otherwise, I'd like to please get a message to him that our settlement conference was pushed a few weeks and I'll speak with him Friday at 10:00 am.

Please let me know if either of these options are possible.
Best,
Laura

---

**From:** Santos, Dawn@CDCR [mailto:Dawn.Santos@cdcr.ca.gov]
**Sent:** Tuesday, September 17, 2019 1:32 PM
**To:** Groen, Laura M.
**Cc:** Rock, Donna@CDCR
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call

How about Friday 9/20/19 at 1000am? Would the contact number still be 310 785-4758?

---

**From:** Groen, Laura M. [mailto:laura.groen@hoganlovells.com]
**Sent:** Tuesday, September 17, 2019 11:21 AM
**To:** Santos, Dawn@CDCR
**Subject:** RE: Brown, Anthony (V79273) - Attorney Call


Hi Dawn,

I'd like to set up an attorney call with my client, Anthony Brown. Is there availability later this week for a call?

Thank you,
Laura Groen

---

**From:** Zysman, Samantha@CDCR [mailto:Samantha.Zysman@cdcr.ca.gov]
**Sent:** Tuesday, September 17, 2019 11:17 AM
**To:** Groen, Laura M.
**Subject:** Automatic reply: Brown, Anthony (V79273) - Attorney Call

2

Hello,

As of Friday, September 13th, I will no longer be assigned to the Litigation Office.

Please contact Litigation Coordinator, Dawn Santos at dawn.santos@cdcr.ca.gov, and/or Donna Rock, assistant to the Litigation Coordinator at donna.rock@cdcr.ca.gov

Best,

Samantha Zysman

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.


CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.