# EXHIBIT C

# Former LASD Deputy James Sexton freed from prison

SHARE  TWEET  EMAIL



James Sexton poses with his wife, Keely Sexton, after his release from federal custody on Thursday, Jan. 13, 2017, in downtown Los Angeles.

By Lisa Bartley

Friday, January 13, 2017

DOWNTOWN LOS ANGELES (KABC) -- Former Los Angeles County Sheriff's Department Deputy James Sexton was freed from prison Thursday after more than four months in federal custody.

Please review our Terms of Use which changed on September 26, 2019

Sexton is a pivotal figure in the corruption scandal that rocked the LASD and led to a series of criminal convictions -- all the way up to former LASD Undersheriff Paul Tanaka. In all, nine former LASD officials have either been convicted or pleaded guilty in the scheme to derail an FBI investigation into the jails.

Baca himself stood trial in December on the same charges. Jurors deadlocked 11-1 for acquittal, but prosecutors announced this week they will retry the former sheriff next month.

Sexton released this statement to Eyewitness News on Thursday evening:

"After many years of working through the legal process, I was extremely nervous to finally address the judge directly about the totality of my experiences pertaining to the operations surrounding Anthony Brown. While I take full responsibility for my role, I did my best to outline my love for my family, my community and respect for the law. I am grateful the court and government recognized my choices were limited at the time. I am encouraged to hear they are continuing to pursue the elitist LASD executives who violated the public trust at the highest levels. I'm disheartened that deputy sheriffs are routinely used as scapegoats while a few executives indemnify themselves via bureaucracy and legal safeguards from the comfort of administrative buildings as was the case with Operation Pandora's Box."

It was Sexton who dubbed the LASD caper "Operation Pandora's Box" - a reference to a story in Greek mythology - a box that, when opened, released all of the "evils and suffering" into the world.

"Operation Pandora's Box did not happen in a vacuum, sir," Sexton said during his formal statement to the judge in court Thursday.

Sexton was 25 years old and only three years on the job in 2011 when he says orders "came from the top" to hide jail inmate Anthony Brown from the FBI. Brown, a convicted armed robber, had been outed as a secret FBI informant. The FBI was using inmate Brown as part of their investigation into reports of corruption and deputy-on-inmate brutality inside the jails.

Sexton told the judge how he fell into the "cultural pitfalls of the sheriff's department," which included "misplaced loyalties... and a culture of plausible deniability while working in the gray."

Sexton, a former Eagle Scout who earned his master's degree at USC while awaiting trial in 2014, told Judge Anderson he wished he could go back to the day he walked into his first academy class.

"I stand before you as a broken man," Sexton said, choking up at times. Sexton's wife sobbed in the front row. Several LASD deputies also turned out to show their support.

It was a "painful and public fall from grace," Sexton said of his trials and conviction. Sexton, now 32, told the judge he'd promised his wife he would not become "jaded or cynical" in prison, that he'd find a way to "make this my finest hour, instead of my worst nightmare."

At the end of Thursday's court hearing, prosecutor Brandon Fox shook hands with the still-handcuffed and shackled Sexton. It's close to the end of a long, strange road between the lead prosecutor and the former deputy.

Sexton cooperated with the FBI and federal prosecutors long before he was indicted on charges of conspiracy and

Please review our Terms of Use which changed on September 26, 2019                                         ✕

Sexton become especially emotional when he discussed his father Ted Sexton, a former and longtime Sheriff of Tuscaloosa County in Alabama.

"I failed him and his example in 2011 and there's nothing I can do to redeem that," said Sexton.

The former deputy went on to describe how his father built himself from nothing -- a former foster child who devoted his life to public service. Sexton says his father diversified the department by "recruiting and promoting people of color when it was still unpopular."

"He is why I chose the profession. He was then and is now my hero."

Prosecutor Fox told Judge Anderson Thursday that he believes Sexton is a "changed person." Whereas before, he came off before as "cocky, immature, with a chip on his shoulder." Fox says Sexton has been "humbled" by the ordeal and accepts responsibility.

Prosecutors believe Sexton "testified truthfully" at Baca's trial and expect him to do the same at the upcoming retrial.

Sexton's defense attorney, Tom O'Brien, told Judge Anderson that Sexton's four months in custody have been "hard time" as opposed to the term he was supposed to serve at a minimum-security federal prison camp.

After Sexton agreed to cooperate against Baca, he was transported from the camp in Alabama to a series of maximum security facilities. He's spent the last month or so in solitary confinement for his own safety. O'Brien says fellow inmates know Sexton is a former law enforcement officer. They've threatened him and spit in his food.

"I'm a known cooperator, a published whistleblower and a disgraced cop," Sexton said of the dangers he's faced while in custody.

Judge Anderson ultimately agreed to the reduction in sentence. Sexton will spend no more time behind bars. He will, however, spend six months in home confinement with electronic monitoring.

*Got a tip? Email ABC7 Investigative Producer Lisa.Bartley@abc.com*

**RELATED TOPICS:**

downtown la   los angeles   los angeles county   trial   los angeles county sheriff's department   lee baca   corruption

SHARE   TWEET   EMAIL

Copyright © 2019 KABC-TV. All Rights Reserved.

**Colorado Mom Adopted Two Children, Months Later She Learned Who They Really Are**

Please review our Terms of Use which changed on September 26, 2019

Case 2:13-cv-02620-PSG-PJW   Document 159-4   Filed 11/04/19   Page 5 of 10   Page ID #:2063

All MacGraw Is Almost 85, Try Not To Smile When You See Her Now
MisterStocks | Sponsored

$699 average annual savings for drivers who switch and save.
Progressive | Sponsored

61 Celebrity Couples Who Pulled Off Amazing Halloween Costumes
Elle | Sponsored

Take A Look At Who MSNBC Anchor Joy Reid Is Married To Today
Misspennystocks | Sponsored

Born Billionaires: Top 20 Richest US Heirs (and Heiresses)
Investing.com | Sponsored

World's First Surviving Octuplets Are All Grown Up. Look At Them 9 Years Later
Simbaly | Sponsored

Everything Coming To Netflix In November
refinery29.com | Sponsored

Here's every fire burning in Southern California today
ABC7 Los Angeles

Simi Valley fire evacuation map: See evacuation zones for Easy Fire
ABC7 Los Angeles

6 Credit Cards You Should Not Ignore If You Have Excellent Credit
NerdWallet | Sponsored

Where You Should Retire in the USA: States Ranked From Worst To Best
Finance101 | Sponsored

Common Signs That Your Body is Fighting Cancer
Cancer Symptoms | Search Ads | Sponsored

Woman charged in boyfriend's suicide day of Boston College graduation
ABC7 Los Angeles

Please review our Terms of Use which changed on September 26, 2019      ✕

**From the Web**

**What Happened To Jenna Jameson? We Can't Look Away... The New Look Is Mesmerizing**
Kiwi Report

**Orangutan Hasn't Seen Her Baby In Weeks, Watch Their Unforgettable Reunion**
Obsev

**15 Photos Show Just How Crazy Woodstock 1969 Really Was**
Lifestylogy

**Colorado - New Program Giving Solar Panels to Homeowners With Electricity Bills Over $100/mth**
Solar Solutions

**Cheap New Senior Apartments in Denver Are Turning Heads**
Senior Living | Search Ads

**10 Years After The Famous Photo, Olympic Athlete Makes A Brave Confession**
SportsRetriever

Sponsored Links by Taboo

## MORE VIDEOS

Please review our Terms of Use which changed on September 26, 2019

## Top Stories



From CNN Newsource affiliates

# TOP STORIES



**San Bernardino blaze prompts evacuations, damages homes**
Updated 26 minutes ago

**Jurupa Valley brush fire erupts after police chase, crash**
Updated an hour ago



**Extreme red-flag conditions to last through Thursday in SoCal**
Updated 2 hours ago



**Mandatory evacuations lifted for Simi Valley brush fire**
Updated 9 minutes ago

**Stubborn inferno engulfs church building in Whittier**
Updated 2 hours ago

**LAX ride-share ban: Travelers livid after getting stuck for in shuttle**

**'It' red balloons popping up in Fresno County storm drains**
Updated 3 minutes ago

SHOW MORE

Please review our Terms of Use which changed on September 26, 2019 ✕

10/31/2019                                           Former LASD Deputy James Sexton freed from prison | abc7.com
Case 2:13-cv-02620-PSG-PJW   Document 159-4   Filed 11/04/19   Page 8 of 10   Page ID
                                      #:2066

Station Info

Shows

Apps



Follow Us:

Privacy Policy    Children's Privacy Policy    Your California Privacy Rights    Terms of Use

Interest-Based Ads    Public Inspection File

Copyright © 2019 ABC, Inc., KABC-TV Los Angeles. All Rights Reserved.

Please review our Terms of Use which changed on September 26, 2019    ✕

# Former LA County Sheriff faces 3yrs in prison after losing appeal

*On Wednesday, a three-judge panel from the 9th Circuit Court of Appeals decided Lee Baca's rights had not been violated during his trial – the appeals panel determined that the trial was fair and the conviction legally sound.*

By **Andrew Emett** - February 13, 2019



*Image credit: Wikimedia Commons*

A federal appeals panel upheld the conviction of former Los Angeles County Sheriff Lee Baca on Monday for obstruction of justice, conspiracy, and making false statements to federal investigators. Although Baca has been diagnosed with Alzheimer's disease, the former sheriff faces three years in prison for orchestrating a cover-up of jail abuse by harassing and intimidating FBI investigators.

In 2011, an FBI informant named Anthony Brown bribed a deputy to smuggle a cellphone into Men's Central Jail in Downtown Los Angeles. While using the phone to record evidence of prisoner abuse committed by deputies at the jail, Brown was later caught with the piece of contraband and eventually admitted he had been working as a confidential informant for the FBI.

Instead of allowing the FBI to conduct their work, Baca and his deputies engaged in a conspiracy to hinder and impede the federal investigation. After abruptly terminating an interview between Brown and his FBI handlers, Baca's

subordinates repeatedly altered Brown's name in the computer while secretly transferring him to a series of undisclosed locations without the FBI's knowledge.

As Baca's deputies falsely convinced Brown that the FBI had abandoned him, several members of the LASD's Internal Criminal Investigations Bureau confronted FBI Agent Leah Marx at her house on September 26, 2011. Recorded on surveillance video, Sgt. Scott Craig lied to Marx by telling her that she was a named suspect in a felony complaint and threatened to obtain a warrant for her arrest.

On April 12, 2013, FBI agents and federal prosecutors interviewed Baca regarding his role and knowledge of the misconduct taking place within his department. Instead of answering honestly, Baca lied at least three times to the federal agents.

In his first false statement, Baca told investigators that he was unaware his deputies had hidden Brown from the FBI. When asked if he knew that Lt. Gregory Thompson had abruptly terminated the interview between Brown and FBI agents on August 23, 2011, Baca falsely claimed to have no knowledge of the incident. Baca also lied when he told investigators that he was unaware his deputies had threatened FBI Agent Marx at her home.

In March 2017, Baca was convicted for obstruction of justice, conspiracy, and making false statements to federal investigators. He was sentenced to three years in federal prison.

On Wednesday, a three-judge panel from the 9th Circuit Court of Appeals decided Baca's rights had not been violated during his trial. Although Baca's attorneys argued that U.S. District Judge Percy Anderson tainted the jury's decision by barring testimony about Baca's Alzheimer's diagnosis, the appeals panel determined that the trial was fair and the conviction legally sound.

"Instead of cooperating with a federal investigation that ultimately was concerned about improving conditions in the county jails, Mr. Baca chose to obstruct and then lie to federal authorities," U.S. Atty. Nick Hanna stated.

Baca's attorney, Nathan Hochman, said he plans to ask for another hearing in front of a larger panel of judges from the 9th Circuit Court of Appeals. If the request is denied or Baca loses again, his attorneys could ask the U.S. Supreme Court to hear his case.

### Andrew Emett

https://andrewemett.com/

Andrew Emett is a staff writer for NationofChange. Andrew is a Los Angeles-based reporter exposing political and corporate corruption. His interests include national security, corporate abuse, and holding government officials accountable. Andrew's work has appeared on Raw Story, Alternet, and many other sites. You can follow him on Twitter @AndrewEmett and on Facebook at Andrew Emett.



COMMENTS