# EXHIBIT D

**From:** Matthew McAleer <matthew.mcaleer@lacity.org>
**Sent:** Thursday, October 31, 2019 2:21 PM
**To:** Groen, Laura M.
**Subject:** Re: Brown v. Conrado - Request for Transfer for Settlement Conference

Hi Laura,

I will not oppose those requests.

Matt

On Thu, Oct 31, 2019 at 10:40 AM Groen, Laura M. <laura.groen@hoganlovells.com> wrote:

> Matt,
>
> We plan to make a request to the Court for an order to have Mr. Brown transferred to Los Angeles for three days for the settlement conference in December. Mr. Brown would like the opportunity to meet with his counsel in person and to participate in the conference, which we believe would be benefit everyone involved.
>
> In conjunction with the request for a transfer, we will also request that Mr. Brown be allowed to make his first settlement offer at the settlement conference so that he is able to come to that decision in the course of his in-person discussions with counsel in the days prior to the conference.
>
> It has been very difficult to communicate with Mr. Brown by phone and mail alone, although I have traveled up to Mule Creek twice in course of the case, I am not able to do so prior to the conference. I believe having Mr. Brown here in person would be beneficial to the process.
>
> Please let me know if you oppose these requests, I'd like to frame them as unopposed in our request if possible.
>
> Best,
>
> Laura

**Laura Groen**
Senior Associate

**Hogan Lovells US LLP**
1999 Avenue of the Stars, Suite 1400

Los Angeles, CA  90067

Tel:     +1 310 785 4600
Direct: +1 310 785 4758
Fax:    +1 310 785 4601
Email: laura.groen@hoganlovells.com
          www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

--
_____
Matthew W. McAleer
Deputy City Attorney
Police Litigation Unit
Los Angeles City Attorney's Office
200 N. Main St., 6th Floor
Los Angeles, CA 90012
Phone: (213) 978-7043
Fax: (213) 978-8785
matthew.mcaleer@lacity.org

***************Confidentiality Notice ************************
This electronic message transmission contains information from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
****************************************************************

***************Confidentiality Notice ************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client
privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error,

please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*