**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Paul B. Salvaty (Bar No. 171507)
Laura M. Groen (Bar No. 294719)
paul.salvaty@hoganlovells.com
laura.groen@hoganlovells.com

*Attorneys for Plaintiff*, ANTHONY BROWN, SR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, SR., <br><br> Plaintiff, <br><br> vs. <br><br> VERONICA CONRADO, et al., <br><br> Defendants. | **CASE NO.: CV13-02620 PSG (PJW)** <br> *Hon. Philip S. Gutierrez – Ctrm. 880 (Roybal)* <br> *Hon. Mag. Patrick J. Walsh – Ctrm. 23, 3rd Flr.* <br><br> **[PROPOSED] ORDER** <br><br> (*Filed concurrently with Plaintiff's Unopposed Motion for an Order for Temporary Transfer and Declaration of Laura M. Groen*) |

# [PROPOSED] ORDER

The Court, having read and considered the Unopposed Motion for an Order for Temporary Transfer of Plaintiff to Los Angeles to Attend Settlement Conference and Meet with Counsel, heard the Plaintiff's arguments, and good cause thereby appearing, orders as follows:

- that Plaintiff Anthony Brown, Sr. ("Plaintiff") be temporarily transferred from the Mule Creek State Prison to a Los Angeles penitentiary for three days to allow Plaintiff to participate in the settlement conference scheduled before this Court on December 5, 2019, and to meet confidentially and in-person with his counsel prior to the settlement conference;

- Plaintiff will be permitted to present his settlement offer to Defendants at the start of the settlement conference on December 5, 2019; and

- Plaintiff must be allowed regular confidential calls with his counsel on a bi-weekly basis or as needed for any urgent legal matters.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2019.

_____
Hon. Patrick J. Walsh