1 HOGAN LOVELLS US LLP
Paul B. Salvaty (Bar No. 171507)
2 1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
3 Telephone: (310) 785-4600
Facsimile: (310) 785-4601
4 paul.salvaty@hoganlovells.com

Attorneys for Plaintiff
ANTHONY BROWN, SR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, SR., | Case No. 2:13-CV-02620-PSG-E |
| Plaintiff, | **PLAINTIFF'S STATUS CONFERENCE REPORT** |
| v. | Date: October 15, 2020 |
| VERONICA CONRADO, ET AL., | Time: 1:30 p.m. |
| | Judge: The Hon. Philip S. Gutierrez |
| Defendant. | Courtroom: 6A |
| | Action Filed: May 10, 2013 |
| | Trial Date: None Set |

In advance of tomorrow's Telephonic Status Conference to Report Communications with Client and Trial Plan, counsel for Plaintiff Anthony Brown, Sr., wishes to provide the Court with a brief report on efforts to consult with Plaintiff regarding the case.

As the Court is aware, Plaintiff is currently incarcerated at Mule Creek State Prison in Ione, California, and, as a result of new restrictions imposed by the Prison after the onset of the current pandemic, Plaintiff's counsel has had great difficulty scheduling and conducting telephone calls with Plaintiff for the past many months. Prior to the pandemic, Plaintiff and his counsel had been able to communicate regularly by telephone. Since the pandemic, however, Plaintiff's counsel has not been allowed to conduct a telephone call with Plaintiff. Despite extensive efforts over the past many months, Prison officials have not been willing to schedule any confidential phone calls since early May 2020, citing a variety of reasons for why the calls could not take place.

Following the Court's status conference on September 15, 2020, Plaintiff's counsel attempted again to schedule a confidential call with Plaintiff. In response, Prison officials required Plaintiffs' counsel to submit to a background check, even though counsel had already submitted to a background check in 2019. Plaintiff's counsel worked with Prison officials to provide them with all of the information they required and also worked with them to schedule a telephone call with Mr. Brown on any one of several days in the two weeks leading up to October 15, 2020.

Eventually, on October 5, 2020, the Prison's Litigation Coordinator, Ms. Dawn Santos, notified counsel that a confidential call could take place on October 14, 2020, at 9:00 a.m. Plaintiff's counsel confirmed that date with Ms. Santos, prepared for the call, and had hoped proceed with the call so that he could provide the Court with an update at tomorrow's status conference. Unfortunately, however, the confidential call was cancelled a few minutes before it was scheduled to begin. On October 14, 2020, at approximately 8:45 a.m., Ms. Santos contacted counsel

and advised that the building in which Plaintiff is housed, Building 15, has been placed on complete lockdown due to coronavirus-related issues, making it impossible for the scheduled call to proceed.  Ms. Santos further stated that it remains uncertain when Plaintiff's counsel will be able to speak to Plaintiff in the future.  Ms. Santos suggested that counsel should contact the prison on Monday, October 19, 2020, to inquire about the quarantine status.  Ms. Santos said that the quarantine may continue anywhere from several days to as much as a couple of weeks.

Unfortunately, as a result of these developments, Plaintiff's counsel is not able to provide the Court with a report on the status of communications with Plaintiff and the trial plan at this time.  Plaintiff's counsel respectfully requests that the Court schedule another status conference for a date in approximately early to mid-November 2020 by which time Plaintiff's counsel hopefully will have been able to confer with Plaintiff and to be in a position to report to the Court on communications and the plan for conducting the trial in this case.

Dated:    October 14, 2020          HOGAN LOVELLS US LLP


                                    By: /s Paul B. Salvaty
                                        Paul B. Salvaty

                                    Attorneys for Plaintiff
                                    ANTHONY BROWN, SR.