**HOGAN LOVELLS US LLP**
Paul B. Salvaty (SBN 171507)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
paul.salvaty@hoganlovells.com

LINK 179

FILED
CLERK, U.S. DISTRICT COURT
1/26/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH  DEPUTY

*Attorney for Plaintiff*, **ANTHONY BROWN, SR.**

**MICHAEL N. FEUER** (SBN 111529)
**KATHLEEN A. KENEALY**, Chief Assistant City Attorney - SBN 212289
**SCOTT MARCUS,** Chief, Civil Litigation Branch - SBN 184980
**CORY M. BRENTE**, Senior Assistant City Attorney - SBN 115453
**MATTHEW W. McALEER**, Deputy City Attorney - SBN 278595
Los Angeles City Attorneys Office, City Hall East
200 North Main Street 6th Floor
Los Angeles, CA 90012
Phone: (213) 978-7043
Fax: (213) 978-8785
matthew.mcaleer@lacity.org
cory.brente@lacity.org

*Attorneys for Defendants*, **VERONICA CONRADO** and **JUAN GUERRA**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, SR., <br><br> Plaintiff, <br><br> v. <br><br> VERONICA CONRADO, ET AL., <br> Defendant. | Case No. 2:13-CV-02620-PSG-PJW <br><br> **[~~PROPOSED~~] ORDER TO SET CASE FOR STATUS CONFERENCE** <br><br> [Concurrently Filed With Joint Stipulation and Request for an Order to Set Case for Status Conference] |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

The Court, having read and considered the Parties' Joint Stipulation and Request for an Order to Set Case for a Status Conference, and good cause thereby appearing, accepts the Parties' Joint Stipulation and **GRANTS** their request and orders that the case be set for a status conference for ___February 16___, 2021 at __2:30__ a.m.

**IT IS SO ORDERED.**

Dated: __01/26/__, 2021

_____
Honorable Philip S. Gutierrez
United States District Court Judge