1  HOGAN LOVELLS US LLP
   Paul B. Salvaty (Bar No. 171507)
2  1999 Avenue of the Stars, Suite 1400
   Los Angeles, California  90067
3  Telephone:  (310) 785-4600
   Facsimile:   (310) 785-4601
4  paul.salvaty@hoganlovells.com

5  Attorneys for Plaintiff
   ANTHONY BROWN, SR.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, SR.,<br><br>        Plaintiff,<br><br>v.<br><br>VERONICA CONRADO, ET AL.,<br><br>        Defendant. | Case No.  2:13-CV-02620-PSG-E<br><br>**PLAINTIFF'S STATUS CONFERENCE REPORT**<br><br>Date:     February 16, 2021<br>Time:    2:30 p.m.<br>Judge:   The Hon. Philip S. Gutierrez<br>Courtroom: 6A<br><br>Action Filed:  May 10, 2013<br>Trial Date:   None Set |

In advance of the Status Conference scheduled for February 16, 2021, counsel for Plaintiff Anthony Brown, Sr., wishes to provide the Court with a brief report on the status of this case.

As the Court is aware, Plaintiff is currently incarcerated at Mule Creek State Prison in Ione, California.  As a result of restrictions imposed by the Prison after the onset of the current pandemic, Plaintiff's counsel has had great difficulty scheduling and conducting telephone calls with Plaintiff.  Prior to the pandemic, Plaintiff and his counsel had been able to communicate regularly by telephone. After the onset of the pandemic, Plaintiff's counsel was unable to conduct a single telephone call with Plaintiff for many months.  More recently, Prison officials have been willing to schedule confidential phone calls but only when conducted pursuant to a Court order or in advance of an imminent Court hearing.  Following extensive back and forth with the Prison officials, Plaintiff's counsel today has been able to schedule a confidential call with Plaintiff, which will proceed on the morning of Tuesday, February 16, 2021, a few hours before the Status Conference is scheduled to occur.

Since the Court's last Status Conference, the parties have made progress on the two discrete tasks that remain to be completed before trial.  First, Plaintiff has served final sets of document requests on Defendants as well as a subpoena for documents on the Los Angeles Police Department.  The purpose of these requests is to obtain certain documents that have not yet been produced to Plaintiff and that Plaintiff wishes to use in connection with the last remaining deposition of former Deputy District Attorney Ashvanian.  Counsel have discussed the document requests and Plaintiff's counsel have specified the particular categories of documents that are most important.  Counsel for Defendants is in the process of identifying and reviewing voluminous potentially responsive documents.  To the extent that additional responsive documents are located, Counsel for Defendants expects to produce those additional documents within the next few weeks.  Once

the remaining documents have been produced, then Plaintiff's counsel will transmit them to Plaintiff for discussion. At that point, Plaintiff will be ready to schedule and proceed with the Ashvanian deposition. As soon as the Ashvanian deposition has been completed, the Parties will be ready to prepare for and proceed with trial.

To ensure that the case proceeds and that Plaintiff's counsel is able to confer with and consult with his client, Plaintiff's counsel requests that the Court schedule another status conference for approximately mid-March 2021. By then, Plaintiff's counsel expects that it will have received the remaining documents from Defendants and the LAPD and will be ready to discuss those documents with Plaintiff. Once Plaintiff's counsel has an opportunity to confer with Plaintiff about the documents, then the Ashvanian deposition can proceed and Plaintiff will be ready for trial. Plaintiff's counsel will be happy to address these issues and respond to any other questions that the Court may have at the upcoming Status Conference.

Dated: February 11, 2021　　　HOGAN LOVELLS US LLP

By: /s Paul B. Salvaty
　　　Paul B. Salvaty

Attorneys for Plaintiff
ANTHONY BROWN, SR.