UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2620-PSG (Ex) | Date | February 16, 2021 |
|---|---|---|---|
| Title | ANTHONY BROWN SR V. VERONICA CONRADO ET AL | | |

| Present: The Honorable | Philip S. Gutierrez, United States Chief District Court Judge (video) |
|---|---|

| W. Hernandez (video) | Marea Woolrich (video) |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Paul Benedict Salvaty  (video) | Matthew McAleer (video) |

**Proceedings:**   ZOOM STATUS CONFERENCE TO REPORT COMMUNICATIONS WITH CLIENT AND TRIAL PLAN

Having read and considered the status report filed on February 11, 2021, the Court continues the hearing to March 15, 2021 at 2:30 p.m.

                                                                                            :   01
                                                             Initials of Preparer      wh