HOGAN LOVELLS US LLP
Paul B. Salvaty (Bar No. 171507)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
paul.salvaty@hoganlovells.com

Attorneys for Plaintiff
ANTHONY BROWN, SR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, SR.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VERONICA CONRADO, ET AL.,<br><br>　　　　　Defendant. | Case No.  2:13-CV-02620-PSG-E<br><br>**PLAINTIFF'S STATUS CONFERENCE REPORT**<br><br>Date:　　　March 15, 2021<br>Time:　　　1:30 p.m.<br>Judge:　　　The Hon. Philip S. Gutierrez<br>Courtroom: 6A<br><br>Action Filed:  May 10, 2013<br>Trial Date:    None Set |

In advance of the Status Conference scheduled for March 15, 2021, counsel for Plaintiff Anthony Brown, Sr., wishes to provide the Court with an updated report on the status of this case.

As discussed in previous reports, Plaintiff is currently incarcerated at Mule Creek State Prison in Ione, California. As a result of restrictions imposed by the Prison after the onset of the current pandemic, Plaintiff's counsel has had great difficulty scheduling and conducting telephone calls with Plaintiff. Prior to the pandemic, Plaintiff and counsel had been able to communicate regularly by telephone. After the onset of the pandemic, however, telephonic communications have become much more difficult to schedule. Recently, Prison officials have been willing to schedule confidential phone calls but only when conducted pursuant to a Court order or in advance of an imminent Court hearing. The Court's scheduling of monthly status conferences in this case has greatly facilitated Plaintiff's counsel's efforts to confer with Plaintiff and to continue to move this case forward toward resolution.

As of the date of this filing, there remain two discrete tasks that remain to be completed before trial: (1) obtaining and analyzing any additional LAPD documents (and discussing those materials with Plaintiff); and (2) completing the last remaining deposition (former Deputy District Attorney Ashvanian). Defendants recently supplemented their initial production with several CDs of responsive materials. Plaintiff's counsel received twelve (12) CDs of materials on March 8, 2021, and three (3) more CDs of materials on March 11, 2021. Plaintiff's counsel has reviewed most of the materials and is addressing technical issues so that the remaining materials can be reviewed (both by Plaintiff's counsel and by Plaintiff himself). Based on this initial review, Plaintiff's counsel believes that there may be some additional relevant and responsive materials that have not yet been produced. Plaintiff's counsel has initiated a meet and confer discussion with counsel for Defendants and will attempt to complete these meet and confer

discussions over the next few weeks. Plaintiff's counsel also intends to discuss these document-related issues with Plaintiff to help determine exactly what additional documents (beyond those that were recently produced) are needed for the last deposition and for trial.

To ensure that the case proceeds and that Plaintiff's counsel is able to consult with Plaintiff, Plaintiff's counsel requests that the Court schedule another status conference for approximately mid-April 2021. By then, Plaintiff's counsel expects that it will have made progress on the remaining document issues, including determining the extent to which the parties may have a dispute over document-related issues and whether any such dispute can be resolved or at least narrowed through negotiations. Plaintiff's counsel also expects that it will have had at least one additional telephone conversation with Plaintiff to discuss these document related issues. Once the document issues have been addressed and Plaintiff's counsel has an opportunity to confer with Plaintiff about the documents, then Plaintiff can proceed with the Ashvanian deposition and will be ready for trial. Plaintiff's counsel will be happy to address these issues and respond to any other questions that the Court may have at the upcoming Status Conference.

Dated: March 12, 2021

HOGAN LOVELLS US LLP

By: /s Paul B. Salvaty
Paul B. Salvaty

Attorneys for Plaintiff
ANTHONY BROWN, SR.