**MICHAEL N. FEUER**, City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**EMILY COHEN**, Deputy City Attorney (SBN 285709)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-8722   Fax:  (213) 978-8785
Email: emily.s.cohen@lacity.org

Attorneys for Defendants **VERONICA CONRADO** and **JUAN GUERRA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>VERONICA CONRADO, et. al.,<br><br>Defendants. | Case No. **CV13-02620-PSG (PJW)**<br>*Hon. Philip S. Gutierrez- Ctrm. 880 (Roybal)*<br>*Hon. Mag Patrick J. Walsh- Ctrm. 23 – 3rd Flr.*<br><br>**DEFENDANTS' WITNESS LIST**<br><br>Final Pre Trial Conference: **4/29/22**<br>Trial: **5/26/22**<br>Courtroom: **880** |

**TO THE HONORBALE COURT:**

The following is a list of witnesses in the order they will likely testify. Witnesses with asterisks are objected to and the list does not contain witnesses solely called for impeachment.

///

///

///

///

1

| No. | Witness Name | |
|---|---|---|
| 1. | Anthony Brown, Sr. | Plaintiff |
| 2. | Veronica Conrado | Defendant who will testify to the authenticity of the warrant and her actions on the date of the incident. Defendant will testify that there was no use of force and the buccal swab was taken without incident. |
| 3. | Juan Guerra | Defendant will testify to his own actions and plaintiffs actions on the date of the incident. He will also articulate why he did not fail to intervene. |
| 4. | Armenui Ashvanian* | Former Deputy District Attorney; Defense does not intend on calling this witness in our case in chief, unless prior testimony requires her testimony to clarify or impeach. |

Dated: April 6, 2022

**MICHAEL N. FEUER**, City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney
**EMILY COHEN**, Deputy City Attorney

By: /s/ *Emily Cohen*
       **EMILY COHEN,** Deputy City Attorney
Attorneys for Defendants **VERONICA CONRADO** and **JUAN GUERRA**