**MICHAEL N. FEUER**, City Attorney
**SCOTT MARCUS,** Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**EMILY COHEN,** Deputy City Attorney (SBN 285709)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-8722   Fax: (213) 978-8785
Email: emily.s.cohen@lacity.org

Attorneys for Defendants **VERONICA CONRADO** and **JUAN GUERRA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>VERONICA CONRADO, et. al.,<br><br>Defendants. | Case No. **CV13-02620-PSG (PJW)**<br>*Hon. Philip S. Gutierrez- Ctrm. 880 (Roybal)*<br>*Hon. Mag Patrick J. Walsh- Ctrm. 23 – 3rd Flr.*<br><br>**DEFENDANTS' EXHIBIT LIST**<br><br>Final Pre Trial Conference: **4/29/22**<br>Trial: **5/26/22**<br>Courtroom: **880** |

**TO THE HONORABLE COURT:**

Defendants hereby submit their exhibit list for trial in this matter:

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Warrant directing Veronica Conrado to take a buccal swab from Anthony Brown dated 4/19/11 | | |
| 2. | Los Angeles Police Department Property Report dated 4/19/11 | | |

1

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 3. | Receipt for property taken into custody dated 4/19/11 | | |

Dated: April 6, 2022

**MICHAEL N. FEUER,** City Attorney
**SCOTT MARCUS,** Chief Assistant City Attorney
**CORY M. BRENTE,** Senior Assistant City Attorney
**EMILY COHEN**, Deputy City Attorney

By: /s/ *Emily Cohen*
    **EMILY COHEN,** Deputy City Attorney
Attorneys for Defendants **VERONICA CONRADO** and **JUAN GUERRA**

2