**MICHAEL N. FEUER**, City Attorney
**SCOTT MARCUS,** Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**EMILY COHEN,** Deputy City Attorney (SBN 285709)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-8722   Fax: (213) 978-8785
Email: emily.s.cohen@lacity.org

Attorneys for Defendants **VERONICA CONRADO** and **JUAN GUERRA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, SR., <br><br> Plaintiff, <br><br> vs. <br><br> VERONICA CONRADO, et. al., <br><br> Defendants. | Case No. **CV13-02620-PSG (E)** <br> *Hon. Philip S. Gutierrez – Ctrm. 6A, 6th Fl.* <br> *Mag. Charles F. Eick– Ctrm. 750, 7th Fl.(Roybal)* <br><br> **JOINT EXHIBIT LIST** <br><br> Final Pre Trial Conference: **09/30/2022** <br> Trial: **10/06/2022** <br> Courtroom: **6A** |

**TO THE HONORABLE COURT:**

The parties hereby submit their joint exhibit list for trial in this matter:

### Plaintiff's Exhibit List

| Exhibit No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| 1 | Case No. BA360070 Docket Sheet as of 06/12/14 | | | FRE 403/404 |
| 2 | Case No. BA360070 Information Summary dated 05/12/10 | | | FRE 403/404/802 |

1

| Exhibit No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| 3 | Case No. BA360070 08/26/10 Hearing Transcript | | | FRE 802, 403/404 |
| 4 | Case No. BA360070 11/05/10 Hearing Transcript | | | FRE 802, 403/404 |
| 5 | Case No. BA360070 11/29/10 Hearing Transcript | | | FRE 802, 403/404 |
| 6 | Case No. BA360070 03/01/11 Hearing Transcript | | | FRE 802, 403/404 |
| 7 | Case No. BA360070 03/23/11 Hearing Transcript | | | FRE 802, 403/404 |
| 8 | Los Angeles PD Scientific Investigation Division Latent Print Investigation Report dated 07/13/09 | | | FRE 403/404/ 802/701 |
| 9 | Case No. BA360070 04/15/11 Hearing Transcript | | | FRE 802, 403/404 |
| 10 | Report for Property Taken Into Custody dated 07/25/09 | | | FRE 403/404 |
| 11 | Case No. BA360070 Order for DNA Sample | | | |
| 12 | Case No. BA360070 Minute Order dated 05/12/10 | | | FRE 403/404 |
| 13 | Case No. BA360070 Criminal History Transcript dated 08/05/09 | | | FRE 802, 403/404 |
| 14 | Booking and Property Record dated 08/05/09 | | | FRE 403/404 |
| 15 | Rap Sheet dated 7/30/09 AB-00680 | | | FRE 802, 403/404 |
| 16 | Case No. BA360070 05/26/11 Hearing Transcript | | | FRE 802, 403/404 |
| 17 | Case No. BA360070 04/28/11 Hearing Transcript | | | FRE 802, 403/404 |
| 18 | Case No. BA360070 Undated Hearing Transcript | | | FRE 802, 403/404 |

| Exhibit No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| 19 | Los Angeles PD Scientific Investigation Division Latent Print Investigation Report dated 07/25/08 | | | FRE 403/404/802/701 |
| 20 | Forensic Print Comparison Report dated 08/01/09 AB-00390 | | | FRE 403/404/802/701 |
| 21 | Property Report dated 04/19/11 | | | |
| 22 | Laboratory Report dated 04/19/11 | | | FRE 403/404/802/701 |
| 23 | Case Report dated 04/25/12 | | | FRE 403/404 |
| 24 | Analyzed Evidence report dated 07/28/09 | | | FRE 403/404/802/701 |
| 25 | Case No. BA360070 People's Witness List & Defendant's Witness List | | | FRE 403/404 |
| 26 | Timothy Williams, Jr. Expert Report dated 5/2/11 | | | FRE 802, 403/404. Defendants further object to any attempt to introduce expert opinions through this witness. |
| 27 | Los Angeles County Sheriff's Department Entry/Exit Log for 4/19/11 | | | FRE 901 |

| Exhibit No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| 28 | Case No. BA360070 All court orders sent/faxed to Los Angeles County Sheriff's Department regarding Anthony Brown's pro per status | | | FRE 403/404 |
| 29 | Superior Court of California, County of Los Angeles, Pro Per Issues § 8.42 | | | FRE 403/404 |
| 30 | Case No. CV13-2620 PSG Dkt. 63 Opposition to Motion to Compel Discovery dated 6/1/15 | | | FRE 403/404 |
| 31 | Case No. BA360070 Dkt. 105-1 Order for DNA Sample dated 4/19/11 | | | |
| 32 | Inmate Movement Log Summary Inquiry for Plaintiff Anthony Brown, Sr. | | | FRE 901/602/802 |
| 33 | Case No. BA360070 8/26/10 Hearing Transcript | | | FRE 802, 403/404 |
| 34 | Case No. BA360070 Transcript of 5/20/11 Morning Proceedings | | | FRE 802, 403/404 |
| 35 | Case No. BA360070 Transcript of 5/20/11 Afternoon Proceedings | | | FRE 802, 403/404 |
| 36 | Case No. BA360070 Los Angeles County Sheriff's Department Removal Orders for In-Custody Defendant | | | FRE 403/404/802/ 901 |

| Exhibit No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| 37 | Case No. BA360070 Transcript of 5/23/11 Proceedings | | | FRE 802, 403/404 |
| 38 | In-Service Roster for Los Angeles County Jail on 5/19/11, 5/20/11, and 5/23/11 | | | FRE 403/404/901/802 |
| 39 | Letter from ACLU to Anthony Brown, Sr. dated 6/15/11 | | | FRE 802, 403/404 |
| 40 | Case No. BA360070 Transcript of 6/27/11 Proceedings | | | FRE 802, 403/404 |
| 41 | Los Angeles County Sheriff's Department, Inmate Total Movement History for Anthony Brown, Sr. | | | FRE 403/404/901/802 |
| 42 | Case No. CV13-2620 PSG Amended Notice of Deposition of Veronica Conrado dated 7/10/19 | | | FRE 403/404 |
| 43 | Case No. CV13-2620 PSG Veronica Conrado's Objections to Plaintiff's Request for Production of Documents dated 7/12/19 | | | FRE 403/404 |
| 44 | Photo Identification Report dated 8/6/09 | | | FRE 403/404 |
| 45 | Photo Identification Report dated 8/6/09 | | | FRE 403/404 |
| 46 | Receipt of Property Taken Into Custody dated 4/19/11 | | | |

| Exhibit No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| 47 | Case No. CV13-2620 PSG Declaration of Veronica Conrado in Support of Defendants' Summary Judgment Motion dated 5/24/16 | | | |
| 48 | Case No. CV13-2620 PSG Defendant Juan Guerra's Objections to Plaintiff's Request for Production of Documents dated 6/12/19 | | | FRE 403/404 |
| 49 | Case No. CV13-2620 PSG Subpoena to Produce Documents dated 2/1/21 | | | FRE 403/404 |
| 50 | Case No. CV13-2620 PSG LAPD's Custodian of Records' Response to Subpoena of Records dated 3/1/21 | | | FRE 403/404 to the extent that it is unrelated to the buccal swab. |
| 51 | Crime Alert and Criminal Record | | | FRE 403/404/ |
| 52 | Case No. CV13-2620 PSG Subpoena to Produce Documents dated 2/1/21 | | | FRE 403/404 |
| 53 | Case No. CV13-2620 PSG LAPD's Custodian of Records' Response to Subpoena of Records dated 3/1/21 | | | FRE 403/404 to the extent that it is unrelated to the buccal swab |
| 54 | Plaintiff's Complaints of Misconduct | | | FRE 802, 403/404 |

6

**Defendants' Exhibit List**

| Exhibit No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| 101 | Order for DNA Sample BA360070 dated 4/19/11 | | | |
| 102 | Los Angeles Police Department Property Report dated 4/19/11 | | | |
| 103 | Receipt for property taken into custody dated 4/19/11 | | | |
| 104 | Minute Order (PACER Doc. 31) | | | |
| 105 | BA360070 Felony Information filed 5/12/10 | | | |
| 106 | Los Angeles County Booking and Property Record | | | |
| 107 | RAP Sheet | | | |
| 108 | BA360070 Transcript dated 4/28/11 | | | |
| 109 | Letter from LASC Judge Hall dated 8/9/13 | | | |
| 110 | Minute Order for BA360070 dated 5/2/11 | | | |
| 111 | Minute Order from BA276996 | | | |
| 112 | BA360070 Transcript dated 5/18/11 (PACER Doc. 23) | | | |
| 113 | LAPD SID Laboratory Report dated 5/4/11 | | | |
| 114 | Cal DOJ CODIS Admin letter dated 10/12/10 | | | |

| Exhibit No. | Description | Date Identified | Date Admitted | Objections |
|---|---|---|---|---|
| 115 | First Amended Complaint (PACER Doc. 23) | | | |
| 116 | BA360070 Transcript dated 5/13/11 | | | |

Dated: September 9, 2022   **WINSTON & STRAWN, LLP**

By: _____/s/  Paul B. Salvaty_____
　　　**PAUL B. SALVATY, ESQ.**
　Attorneys for Plaintiff **ANTHONY BROWN**

Dated: September 9, 2022   **MICHAEL N. FEUER,** City Attorney
**SCOTT MARCUS,** Chief Assistant City Attorney
**CORY M. BRENTE,** Senior Assistant City Attorney
**EMILY COHEN**, Deputy City Attorney

By: _____*Emily Cohen*_____
　　　**EMILY COHEN,** Deputy City Attorney
　Attorneys for Defendants **VERONICA CONRADO** and **JUAN GUERRA**