Name, Address and Phone number of Attorney(s):
WINSTON & STRAWN LLP
Paul B. Salvaty (SBN 171507)
Angela M. Machala (SBN 224496)
333 S. Grand Ave., 38th Floor, Los Angeles, CA 90012
Telephone: (213) 615-1700  Fax: (213) 615-1750
Attorneys for Plaintiff, Anthony Brown, Sr.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Brown, Sr.,<br><br>Plaintiff(s)<br>v.<br>Veronica Conrado and Juan Guerra,<br><br>Defendant(s). | CASE NUMBER<br>2:13-cv-02620-PSG-E<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS**<br>☐ AD PROSEQUENDUM  ☑ AD TESTIFICANDUM |

The undersigned ☐ Assistant United States Attorney ☑ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee: Anthony Brown, Sr.
Alias: 
BOP/Booking No: CDCR #V79273
Detained by: ☑ Warden Patrick Covello
             ☐ Other
Detained at: Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640
*(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on 10/6/22 at 9:00 a.m. before the Honorable Philip S. Gutierrez Judge/Magistrate Judge.

Location: ☑ U.S. District Court 350 W 1st Street, Los Angeles, CA 90012
          *(Court Address)*
          ☐ Other
          *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: 9/13/22

*/s/ Paul B. Salvaty*
*Signature of attorney*

**An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER) MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.**

G-09 (10/06)   APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM