Paul B. Salvaty (SBN: 171507)
psalvaty@winston.com
Angela M. Machala (SBN: 224496)
amachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: 213-615-1700
Facsimile: 213-615-1750
*Attorneys for Plaintiff*, ANTHONY BROWN, SR.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY BROWN, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>VERONICA CONRADO, et al.,<br><br>Defendants. | **CASE NO.: CV13-02620 PSG-CFE**<br>*Hon. Philip S. Gutierrez – Ctrm. 6A (First Street Courthouse)*<br>*Hon. Mag. Charles F. Eick – Ctrm. 23, 3rd Flr.*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR THE PRODUCTION OF PRISONER ANTHONY BROWN, SR.**<br><br>Action Filed: April 15, 2013<br>Final Pretrial Conf.: Sept. 30, 2022<br>Trial Date: Oct. 6, 2022 |

**[PROPOSED] ORDER**

Having heard and considered Plaintiff Anthony Brown, Sr.'s *Writ of Habeas Corpus ad Testificandum* directing the production of Plaintiff Anthony Brown, Sr., a party and witness, to attend and testify at his trial pursuant to 28 U.S.C. §§ 1651(a) and 2241(c)(5):

**IT IS HEREBY ORDERED** that the writ is granted and the Sheriff of the County of Los Angeles is hereby ordered to transport inmate Anthony Brown, Sr., Booking Number CDCR V79273, from the Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640, to the Honorable Philip S. Gutierrez, U.S District Court Chief Judge, Courtroom 6A, on October 6, 2022, at 9:00 a.m.  The Sheriff of the County of Los Angeles is hereby ordered to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.  The Court will determine whether Plaintiff will incur the costs associated with transporting him from Mule Creek State Prison to the United States District Court and from the United States District Court to Mule Creek State Prison.

The U.S. Marshall is hereby ordered to serve this Order and accompanying writ on the Mule Creek State Prison on or before September 26, 2022.

Dated: _____        _____
                                Hon. Philip S. Gutierrez
                                Chief Judge, United States District Court for the
                                Central District of California