Paul B. Salvaty (SBN: 171507)
psalvaty@winston.com
Angela M. Machala (SBN: 224496)
amachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: 213-615-1700
Facsimile: 213-615-1750
*Attorneys for Plaintiff*, ANTHONY BROWN, SR.

Michael N. Feuer, City Attorney
Scott Marcus**,** Chief Assistant City Attorney (SBN 184980)
Cory M. Brente**,** Senior Assistant City Attorney (SBN 115453)
Emily Cohen**,** Deputy City Attorney (SBN 285709)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-8722    Fax:  (213) 978-8785
Email: emily.s.cohen@lacity.org
*Attorneys for Defendants*, VERONICA CONRADO and JUAN GUERRA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>VERONICA CONRADO, et al.,<br><br>Defendants. | **CASE NO.: CV13-02620 PSG-CFE**<br>*Hon. Philip S. Gutierrez – Ctrm. 6A (First Street Courthouse)*<br>*Hon. Mag. Charles F. Eick – Ctrm. 23, 3rd Flr.*<br><br>**JOINT STIPULATION TO REOPEN DISCOVERY AND CONTINUE TRIAL DATE AND VACATE RELATED PRETRIAL DATES** |

Plaintiff Anthony Brown, Sr. ("Plaintiff") and Defendants Veronica Conrado and Juan Guerra ("Defendants"), by and through their undersigned counsel, hereby stipulate to reopen discovery in this matter and to continue the October 6, 2022 trial date to January 12, 2023, or the next available date thereafter:

WHEREAS, on May 10, 2013, Plaintiff initiated this action, asserting claims under 42 U.S.C. § 1983;

WHEREAS, this case is set for trial on October 6, 2022, with a pretrial conference on calendar for September 30, 2022;

WHEREAS, Plaintiff seeks to reopen discovery in order to take the deposition of Los Angeles County Sheriff's Deputy Kelly Marchello, who was the bailiff in his underlying criminal case; and

WHEREAS, once that deposition is completed, Plaintiff agrees to dismiss this entire action with prejudice; and

WHEREAS, the parties seek a continuance of trial and pretrial dates to effectuate that arrangement.

NOW, THEREFORE, pursuant to Local Rule 7-1, the parties hereby stipulate and respectfully request that discovery be reopened to allow Plaintiff to take Deputy Kelly Marchello's deposition, and the trial date be continued to January 12, 2023, or the next available date thereafter that is convenient for the Court. The parties further stipulate that all pretrial dates associated with the existing October 6, 2022 trial date be vacated.

Dated: September 19, 2022    **WINSTON & STRAWN LLP**

By: /s/ *Paul B. Salvaty*
Paul B. Salvaty (SBN: 171507)
psalvaty@winston.com
Angela M. Machala (SBN: 224496)
amachala@winston.com
*Attorneys for Plaintiff*, ANTHONY BROWN, SR.

By: /s/ *Emily Cohen*
MICHAEL N. FEUER, City Attorney
SCOTT MARCUS, Chief Assistant City Attorney
CORY M. BRENTE, Senior Assistant City Attorney
EMILY COHEN, Deputy City Attorney
*Attorneys for Defendants* VERONICA CONRADO and JUAN GUERRA