1  **HYDEE FELDSTEIN SOTO,** City Attorney (SBN 106866)
2  **SCOTT MARCUS,** Chief Assistant City Attorney (SBN 184980)
   **CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
3  **EMILY S. COHEN**, Deputy City Attorney – SBN 285709
   200 North Main Street, 6th Floor, City Hall East
4  Los Angeles, California 90012
   Phone No.: (213) 645-9926; Fax No.: (213) 978-8785
5  Email: emily.s.cohen@lacity.org

6  *Attorneys for Defendants*, **VERONICA CONRADO** and **JUAN GUERRA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, SR.,<br><br>    Plaintiff,<br><br>   vs.<br><br>VERONICA CONRADO, et al.,<br><br>    Defendants | **Case No.: CV13-02620 PSG (E)**<br>*Hon. Philip S. Gutierrez –*<br>*Ctrm. 6A, 6th Fl.*<br><br>**PARTIES' JOINT STIPULATION RE: DISMISSAL OF ENTIRE ACTION**<br><br>**[Filed concurrently with [Proposed] Order]** |

TO THE ABOVE-ENTITLED COURT:

**IT IS HEREBY STIPULATED** by and between Plaintiff **ANTHONY BROWN, SR.**, and Defendants **VERONICA CONRADO, et al**., through their attorneys of record, as follows:

Pursuant to the September 19, 2022 stipulation (Doc. 230), upon the completion of the deposition of Deputy Marchello, Plaintiff agreed to dismiss the entire action with prejudice. On December 13, 2022, Plaintiff completed the deposition of Los Angeles Sheriff's Deputy Kelly Marchello.

Thus, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the entire above-entitled action against all Defendants be dismissed, *with prejudice*. Each party to bear their own costs and fees. This dismissal does not constitute an adjudication on the merits.

*IT IS SO STIPULATED.*

DATED: January 9, 2023    **WINSTON & STRAWN LLP**

By: /s/ *Paul B. Salvaty*
**PAUL SALVATY, Esq.**
Attorney for Plaintiff

Dated:   January 9, 2023    **HYDEE FELDSTEIN SOTO**, City Attorney
**SCOTT MARCUS**, Chief Asst. City Atty.
**CORY M. BRENTE,** Senior Asst. City Atty.

By: /s/ *Emily S. Cohen*
**EMILY COHEN,** Deputy City Attorney

Attorneys for Defendants, **VERONICA CONRADO AND JUAN GUERRA**

2

## ATTESTATION RE ELECTRONIC SIGNATURES

Pursuant to Local Rule 5 5-4.3.4(a)(2)(i), I attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 9, 2023

**HYDEE FELDSTEIN SOTO**, City Attorney
**SCOTT MARCUS**, Chief Asst. City Atty.
**CORY M. BRENTE,** Senior Asst. City Atty.

By: /s/ *Emily S. Cohen*
   **EMILY COHEN,** Deputy City Attorney

Attorneys for Defendants, **VERONICA CONRADO AND JUAN GUERRA**