# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BROWN, SR.,<br><br>    Plaintiff,<br><br>    vs.<br><br>VERONICA CONRADO, et al.,<br><br>    Defendants. | **Case No.: CV13-02620 PSG (E)**<br>*Hon. Philip S. Gutierrez – Ctrm. 6A, 6th Fl.*<br><br>**[PROPOSED]**<br>**ORDER ON PARTIES' JOINT STIPULATION RE: DISMISSAL OF ENTIRE ACTION** |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-entitled action against all Defendants is dismissed, *with prejudice*, in its entirety. Each party to bear their own costs and fees. This dismissal does not constitute an adjudication on the merits.

***IT IS SO ORDERED.***

DATED:

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1